UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 7 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STEVEN RUPP, et al.;

    Plaintiffs - Appellants,

v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

    Defendant - Appellee.

No. 24-2583

D.C. No. 8:17-cv-00746-JLS-JDE
Central District of California,
Santa Ana

ORDER

The parties' joint motion (Docket Entry No. 4) to stay appellate proceedings is granted. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until resolution of *Duncan v. Bonta*, No. 23-55805, or until further order of this court.

The parties shall file a status report on August 27, 2024, and every 90 days thereafter while resolution of *Duncan v. Bonta* remains pending.

The parties shall notify the court by filing a status report within 7 days of resolution of *Duncan v. Bonta*.

Failure to file a status report will terminate the stay of appellate proceedings.

The briefing schedule will be reset in a future order.

                                                  FOR THE COURT:

                                                  MOLLY C. DWYER
                                                  CLERK OF COURT