No. 24-2583

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

STEVEN RUPP; STEVEN DEMBER; CHERYL JOHNSON; MICHAEL JONES; CHRISTOPHER SEIFERT; ALFONSO VALENCIA; TROY WILLIS; AND CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,

*Plaintiffs-Appellants*,

v.

ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

*Defendant-Appellee*.

**On Appeal from the United States District Court
for the Central District of California**
No. 8:17-cv-00746-JLS-JDE
The Honorable Josephine L. Staton, Judge

## JOINT STATUS REPORT

ROB BONTA
*Attorney General of California*
THOMAS S. PATTERSON
*Senior Assistant Attorney General*
R. MATTHEW WISE
*Supervising Deputy Attorney General*

JOHN D. ECHEVERRIA
*Supervising Deputy Attorney General*
NICHOLAS R. GREEN
*Deputy Attorney General*
MICHAEL S. COHEN
*Deputy Attorney General*

CALIFORNIA DEPARTMENT OF JUSTICE
1300 I Street
P.O. Box 944255
Sacramento, CA 94244-2550
(916) 210-6090
Michael.Cohen@doj.ca.gov
*Attorneys for Defendant-Appellee*

February 21, 2025

On June 7, 2024, the Court stayed proceedings in this matter and ordered the parties to file a status report on August 27, 2024, and every 90 days thereafter, pending resolution of *Duncan v. Bonta*, No. 23-55805 (see Docket Entry No. 5).

As of the filing of this Joint Status Report, *Duncan v. Bonta* remains pending before an en banc panel of this Court.

Dated: February 21, 2025  Respectfully submitted,

*s/ Sean A. Brady*  *s/ Michael S. Cohen*

| | |
|---|---|
| C.D. MICHEL | ROB BONTA |
| SEAN A. BRADY | *Attorney General of California* |
| ANNA M. BARVIR | THOMAS S. PATTERSON |
| MICHEL & ASSOCIATES, P.C. | *Senior Assistant Attorney General* |
| *Attorneys for Plaintiffs-Appellants* | R. MATTHEW WISE |
| | *Supervising Deputy Attorney General* |
| | JOHN D. ECHEVERRIA |
| | *Supervising Deputy Attorney General* |
| | NICHOLAS R. GREEN |
| | *Deputy Attorney General* |
| | MICHAEL S. COHEN |
| | *Deputy Attorney General* |
| | *Attorneys for Defendant-Appellee* |

## ATTESTATION

I, Michael S. Cohen, hereby attest that all other parties on whose behalf this filing is submitted concur in the filing's content.

Dated: February 21, 2025  *s/ Michael S. Cohen*

1