Case No. 24-2583

In the United States Court of Appeals
for the Ninth Circuit

---

STEVEN RUPP; STEVEN DEMBER; CHERYL JOHNSON, MICHAEL JONES, CHRISTOPHER SEIFERT, ALFONSO VALENCIA, TROY WILLIS, AND CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,
*Plaintiffs-Appellants*,

v.

ROB BONTA,
IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,
*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the Central District of California
Case No. 8:17-cv-00746-JLS-JDE

---

**JOINT STATUS REPORT**

---

C.D. Michel
Anna M. Barvir
Sean A. Brady
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
(562) 216-4444
cmichel@michellawyers.com

*Attorneys for Plaintiffs-Appellants*

May 27, 2025

On June 7, 2024, the Court stayed proceedings in this matter and ordered the parties to file regular status reports regarding *Duncan v. Bonta*, No. 23-55805, which was pending before an en banc panel of this Court, as well as a status report within seven days of the case's resolution (see Docket Entry No. 5).

The Court issued its opinion in *Duncan v. Bonta* on March 20, 2025, upholding a California law banning the possession of large-capacity magazines under the Second Amendment. On March 27, 2025, the parties filed a Joint Status Report informing the Court of the opinion issued in *Duncan* (see Docket Entry No. 15.1). Since the filing of that report, the plaintiffs-appellees in the *Duncan* matter moved for, and this Court granted, a partial stay of the issuance of the mandate. *Duncan v. Bonta*, Case No. 23-55805 (9th Cir. April 10, 2025), ECF No. 94. That stay remains in effect for 90 days from the date of that order or, if a petition for certiorari is filed in the Supreme Court, "until final disposition of the matter by the Supreme Court." *Id.*

| | |
|---|---|
| Dated: May 27, 2025 | **MICHEL & ASSOCIATES, P.C.**<br><br>s/ Anna M. Barvir<br>Anna M. Barvir<br>*Counsel for Plaintiffs-Appellants Steven Rupp; Steven Dember; Cheryl Johnson, Michael Jones, Christopher Seifert, Alfonso Valencia, Troy Willis, and California Rifle & Pistol Association, Incorporated* |
| Dated: May 27, 2025 | ROB BONTA<br>*Attorney General of California*<br>THOMAS S. PATTERSON<br>*Senior Assistant Attorney General*<br>R. MATTHEW WISE<br>*Supervising Deputy Attorney General*<br>JOHN D. ECHEVERRIA<br>*Supervising Deputy Attorney General*<br>NICHOLAS R. GREEN |

*Deputy Attorney General*

s/ Michael S. Cohen
MICHAEL S. COHEN
*Deputy Attorney General*
*Counsel for Defendant-Appellee Rob Bonta*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2025, an electronic PDF of **JOINT STATUS REPORT** was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

Dated: May 27, 2025											**MICHEL & ASSOCIATES, P.C.**

s/ Anna M. Barvir
Anna M. Barvir
*Counsel for Plaintiffs-Appellants*