Case No. 24-2583

In the United States Court of Appeals
for the Ninth Circuit

STEVEN RUPP; STEVEN DEMBER; CHERYL JOHNSON, MICHAEL JONES, CHRISTOPHER SEIFERT, ALFONSO VALENCIA, TROY WILLIS, AND CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,
*Plaintiffs-Appellants*,

V.

ROB BONTA,
IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Central District of California
Case No. 8:17-cv-00746-JLS-JDE

# JOINT STATUS REPORT

C.D. Michel
Anna M. Barvir
Sean A. Brady
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
(562) 216-4444
cmichel@michellawyers.com

*Attorneys for Plaintiffs-Appellants*

August 26, 2026

On June 7, 2024, the Court stayed proceedings in this matter and ordered the parties to file regular status reports regarding *Duncan v. Bonta*, No. 23-55805, which was then pending before an en banc panel of this Court, as well as a status report within seven days of the resolution of the *Duncan* en banc proceeding. (ECF No. 5.) The Court issued its opinion in *Duncan v. Bonta* on March 20, 2025, upholding a California law banning the possession of large-capacity magazines under the Second Amendment. On March 27, 2025, the Parties filed a Joint Status Report informing the Court of the opinion issued in *Duncan*. (ECF No. 15.1.)

Since the filing of that report, the plaintiffs-appellees in the *Duncan* matter moved for, and this Court granted, a partial stay of the mandate. *Duncan v. Bonta*, Case No. 23-55805 (9th Cir. April 10, 2025), ECF No. 94. That stay remains in effect for 90 days from the date of that order or, if a petition for certiorari is filed, "until final disposition of the matter by the Supreme Court." *Id.* On August 15, 2025, the *Duncan* plaintiffs filed a petition for certiorari. The case was docketed on August 19, 2025, and briefing was completed on November 5, 2025. The Supreme Court scheduled the *Duncan* certiorari petition for conference and relisted it many times, but ultimately did not dispose of it before the 2025 session ended on June 30, 2026.

The Court granted petitions for certiorari in *Viramontes, et al. v. Cook County, Illinois, et al.*, Case Number 25-238, and in *Grant, Jr., et al.* v. *Higgins, et al.*, Case Number 25-566, on the question of "[w]hether the Second and Fourteenth Amendments guarantee the right to possess AR-15 platform and similar semiautomatic rifles," and consolidated the two cases. In light of the circumstances, the parties agree that a

continued stay is warranted and the parties should be directed to submit regular joint status reports about *Duncan* and the consolidated cases of *Viramontes* and *Grant*.

Dated: September 22, 2026

**MICHEL & ASSOCIATES, P.C.**

s/ Anna M. Barvir
Anna M. Barvir
*Counsel for Plaintiffs-Appellants Steven Rupp; Steven Dember; Cheryl Johnson, Michael Jones, Christopher Seifert, Alfonso Valencia, Troy Willis, and California Rifle & Pistol Association, Incorporated*

Dated: September 22, 2026

ROB BONTA
*Attorney General of California*
THOMAS S. PATTERSON
*Senior Assistant Attorney General*
CHARLIE SAROSY
*Supervising Deputy Attorney General*
s/ Katrina Uyehara
KATRINA UYEHARA
*Deputy Attorney General*
*Counsel for Defendant-Appellee Rob Bonta*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2026, an electronic PDF of **JOINT STATUS REPORT** was uploaded to the Court's CM/ECF system, which will automatically generate and send by electronic mail a Notice of Docket Activity to all registered attorneys participating in the case. Such notice constitutes service on those registered attorneys.

Dated: September 22, 2026

**MICHEL & ASSOCIATES, P.C.**

s/ Anna M. Barvir
Anna M. Barvir
*Counsel for Plaintiffs-Appellants*